**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2336**

MARIANO OSPINA,

                    Plaintiff - Appellant,

          v.

INDY MAC BANK,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:08-cv-00452-GCM)

Submitted:  May 28, 2009                    Decided:  June 2, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mariano Ospina, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mariano Ospina appeals from the district court's order dismissing his complaint against Indy Mac Bank in which he attempted to allege fraud and illegal conduct by Indy Mac during Ospina's bankruptcy proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ospina v. Indy Mac Bank, 3:08-cv-00452-GCM (W.D.N.C. Oct. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED